UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 21592
  NEREIDA HERNANDEZ
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

        Debtor
  SSN XXX-XX-4355

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 05/31/2005 and was confirmed 07/14/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  14.16%.

    The case was paid in full 08/26/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AUTO TITLE LENDERS INC | SECURED | 400.00 | 15.84 | 400.00 |
| AUTO TITLE LENDERS INC | UNSECURED | NOT FILED | .00 | .00 |
| A.M. JABAR MD | UNSECURED | NOT FILED | .00 | .00 |
| GUC | UNSECURED | NOT FILED | .00 | .00 |
| MCI CONSUMER BANK | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | .00 | .00 | .00 |
| ST MARY OF NAZARETH | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE IMAGING PROFESSI | UNSECURED | NOT FILED | .00 | .00 |
| GREATER CHICAGO FINANCE | UNSECURED OTH | 6684.65 | .00 | 945.68 |
| GREATER CHICAGO FINANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED OTH | 373.78 | .00 | 52.88 |
| ARROW FINANCIAL SERVICES | UNSECURED OTH | 449.71 | .00 | 63.62 |
| ZALUTSKY & PINSKI LTD | REIMBURSEMENT | 140.00 | .00 | 140.00 |
| ZALUTSKY & PINSKI LTD | DEBTOR ATTY | 2,350.00 | | 2,350.00 |
| TOM VAUGHN | TRUSTEE | | | 244.01 |
| DEBTOR REFUND | REFUND | | | .00 |

            Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 4,212.03

PRIORITY                                      140.00
SECURED                                       400.00
    INTEREST                                   15.84
UNSECURED                                   1,062.18
ADMINISTRATIVE                              2,350.00
TRUSTEE COMPENSATION                          244.01
DEBTOR REFUND                                    .00
                    ---------------      ---------------
TOTALS                  4,212.03            4,212.03

                PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 21592 NEREIDA HERNANDEZ

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 11/20/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE